No. 7106.—Brockway Motor Truck Corporation, aplda. *v.* Cruet, etc., apltes.—C. D. San Juan. ▉▉▉▉▉▉ Julio 24, 1935.

(Por la Corte, a propuesta del Juez Presidente Sr. del Toro.)

Por cuanto, dictada por la Corte del Distrito sentencia declarando la demanda con lugar el seis de junio último, apeló la demandada para ante esta Corte Suprema, y la apelada pidió la desestimación del recurso por frívolo por moción de julio 13, vista con la sola asistencia de su abogado en julio 22 actual; y

Por cuanto, de la moción y de los documentos acompañados a la misma resulta que se trata de una acción en cobro de pesos basada en tres pagarés que se hicieron formar parte de la demanda, consistiendo la contestación del demandado en una negación general; y

Por cuanto, señalada debidamente la vista del pleito, sólo compareció la demandante que introdujo en evidencia dichos pagarés, dictando la Corte el mismo día sentencia en su favor;

Por tanto, de acuerdo con los hechos y la ley, tratándose como se trata de una apelación claramente frívola interpuesta aparentemente con el mero propósito de dilatar la ejecución de la sentencia, se declara con lugar la moción y en su consecuencia se desestima el recurso.

El Juez Asociado Sr. Córdova Dávila no intervino.

En los siguientes casos, a propuesta de sus distintos jueces, la corte se negó a desestimar, por frívolos, los recursos, por no ser, aparecer, resultar, haberse demostrado o estar convencida la corte de la supuesta frivolidad.

Nos. 6221, 6668, 6721, 6758, 6759, 6760, 6795, 6805, 6836, 6860, 6863, 6871, 6959, 6980, 6981, 6988, 7102.

(*d*) FALTA U OMISIÓN DE NOTIFICAR EL ESCRITO DE APELACIÓN AL APELADO, O NOTIFICACIÓN FUERA DEL TÉRMINO.